UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

DEC - 4 2008

U. S. DISTRICT COURT
E DIST. OF MO.
ST. LOUIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. |
| THOMAS A. ROMAN, | ) ) | 4:08CR00693  CDP |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

From on or about May 14, 2004 up to and including on or about August 31, 2004, in the Eastern District of Missouri and elsewhere,

**THOMAS A. ROMAN,**

the defendant, did unlawfully transport and transmit and cause to be transported and transmitted in interstate commerce from the State of Missouri to the State of Florida and to the country of Venezuela, goods, wares and merchandise that had been stolen and taken by fraud, that is, a valve guide and seat machine and related equipment shipped by Sunnen Products Company, of the value of $5,000.00 or more, knowing the same to have been stolen and taken by fraud.

In violation of Title 18, United States Code, Sections 2314 and 2.

### COUNT TWO

The Grand Jury further charges that:

From on or about June 9, 2004 up to and including on or about August 31, 2004, in the

Eastern District of Missouri and elsewhere,

### THOMAS A. ROMAN,

the defendant, did unlawfully transport and transmit and cause to be transported and transmitted in interstate commerce from the State of Missouri to the State of Florida and to the country of Venezuela, goods, wares and merchandise that had been stolen and taken by fraud, that is, a head and block resurfacer and related equipment shipped by Sunnen Products Company, of the value of $5,000.00 or more, knowing the same to have been stolen and taken by fraud.

In violation of Title 18, United States Code, Sections 2314 and 2.

A TRUE BILL.

_____
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney


_____
JAMES E. CROWE, JR. #6674
Assistant United States Attorney